UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――

GULNAR HIJAZI,

                    Plaintiff,          09 Civ. 1268 (JGK)

      - against -                ORDER

PERMANENT MISSION OF SAUDI ARABIA TO
THE UNITED NATIONS,

                  Defendant.
―――――――――――――――――――――――――――――

JOHN G. KOELTL, District Judge:

      The parties are directed to submit any views on the Government's position in this case by **September 24, 2009**.

SO ORDERED.

Dated:    New York, New York
           September 18, 2009

                                        John G. Koeltl
                             United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-21-09